

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 05 2021

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | NO. 1:21-CR-57 |
| v. | § | |
| | § | Truncale |
| LEONARD CASMORE | § | |

### INDICTMENT

THE UNITED STATES GARND JURY CHARGES:

#### Count One

Violation: 18 U.S.C. § 1040 (Fraud in connection with Major Disaster or Emergency Benefits)

On or about September 2, 2017, in the Eastern District of Texas and elsewhere, **Leonard Casmore**, defendant, knowingly made a materially false, fictitious and fraudulent statement and representation to the Federal Emergency Management Agency ("FEMA") in an application for benefits authorized, transported, transmitted, transferred, disbursed and paid in connection with the Presidential Disaster Declaration for the State of Texas (FEMA-4332-DR), effective on or about August 23, 2017, said disaster declaration having been made under Section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act and the benefit referenced above concerned a record, voucher, payment, money, or thing of value of the United States or any department or agency thereof; that is, the defendant knowingly and fraudulently applied for FEMA assistance pertaining to damage to a residence located at 5840 Charles Ave., Port Arthur, Texas, and in relation to that application, claimed

that said residence was his primary residence when, in fact, it was not his primary residence and therefore did not qualify for FEMA relief.

All in violation of 18 U.S.C. § 1040.

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____
RACHEL L. GROVE
ASSISTANT US ATTORNEY

_____
For J Penson

Date: May 5, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 1:21-CR-57 |
| v. | § § | |
| LEONARD CASMORE | § § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 1040 (Fraud in connection with Major Disaster or Emergency Benefits)

Penalty: Imprisonment of not more than thirty (30) years, a fine not to exceed $250,000.00 (or twice the pecuniary gain to the defendant or loss to the victim), or both. A term of supervised release of not more than (3) years.

Special Assessment: $100.00